# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHE LEE, | NO. CV 19-4865-DMG (KS) |
|     Plaintiff, | |
| v. | |
| | ORDER AND JUDGMENT OF DISMISSAL |
| WARDEN, et al, | |
|     Defendants. | |

On June 4, 2019, Plaintiff, a federal prisoner proceeding *pro se*, filed a "criminal complaint." (Dkt. No. 1.) The complaint does not identify the relief Plaintiff seeks or the laws or constitutional provisions that Plaintiff believes have been violated. (*See generally id.*) Further, although Plaintiff states that he is suing the Warden at the Federal Correctional Institute – Terminal Island ("FCI-TI"), "Staff Mertz, Fabela, Montoya, Female Staff (2nd Time), Administrator of the Kitchen, and all of the staff who involved in this complaint," the six-page complaint consists almost exclusively of allegations that inmates who are not named as defendants either poisoned Plaintiff's food or "fumbled [their] penis[es]" in front of him. As such, the complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir.

2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

In addition, on June 4, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On June 24, 2019, after more than two weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than July 11, 2019, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 4.)

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

|     |                                                                                                                                                                       |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | More than 30 days have now passed since the Court issued its June 4, 2019 notification, |
| 2   | and more than two weeks have passed since Plaintiff's July 11, 2019 deadline for paying the |
| 3   | filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has |
| 4   | neither paid the filing fee nor requested to proceed *in forma pauperis*.[1] In light of the |
| 5   | foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED. |

DATED: September 9, 2019

                                                                                   DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] This is Plaintiff's third lawsuit in the past year involving the same set of allegations. *See Brandon Che Lee v. Unknown*, No. 2:18-cv-09828-DMG-KS (Mar. 5, 2019); *Brandon Che Lee v. Warden et al*, No. 2:19-cv-02811-DMG-KS (Jun. 17, 2019). In both of these prior cases, Plaintiff did not pay the filing fee or request to proceed *in forma pauperis*, and both cases have been dismissed. Plaintiff has several additional cases pending. *See, e.g., Brandon Che Lee v. Prison Warden*, CV 19-5260-DMG (KS); *Brandon Lee v. Unknown*, CV 19-5503-DMG (KS); *Brandon Che Lee v. FCI TI Warden*, CV 19-6117-DMG (KS). In all of these pending cases, the Court has notified Plaintiff of his failure to either pay the filing fee or file an application to proceed *in forma pauperis*.